IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 15-11946 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JACK V. GIACALONE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **COMPLAINT**

The United States of America, pursuant to 26 U.S.C. §§ 7401, at the direction of the Attorney General of the United States, with the authorization and sanction and at the request of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury, complains and alleges as follows.

1. Jurisdiction is conferred upon the district court pursuant to 26 U.S.C. §§ 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2. The defendant Jack V. Giacalone resides in Oakland County, within the jurisdiction of this Court.

3. On the following dates, a delegate of the Secretary of the Treasury of the United States made the following assessments against Jack V. Giacalone for unpaid federal income taxes and penalties as follows:

| Tax Period | Assessment Date | Assessment Type | Amount |
|---|---|---|---|
| 2004 | 05/30/2005 | Tax Assessed | $22,834.00 |
|  | 05/30/2005 | Penalty For Not Pre-Paying | $654.00 |
|  | 05/30/2005 | Late Payment Penalty | $228.34 |
|  | 05/30/2005 | Interest | 169.52 |
|  | 11/28/2005 | Fees And Collection | $13.00 |
|  |  | **Balance Due as of 5/26/2015** | **$43,806.86** |
| 2005 | 10/23/2006 | Tax Assessed | $31,716.00 |
|  | 10/23/2006 | Estimated Penalty | $1,018.00 |
|  | 10/23/2006 | Late Filing Penalty | $7,136.10 |
|  | 10/23/2006 | Failure To Pay Penalty | $1,110.06 |
|  | 10/23/2006 | Interest | $1,576.55 |
|  | 04/14/2008 | Fees And Collection | $16.00 |
|  |  | **Balance Due as of 5/26/2015** | **$68,731.42** |
| 2006 | 05/28/2007 | Tax Assessed | $34,636.00 |
|  | 04/15/2007 | Refundable Credit | $25.61 |
|  | 04/15/2007 | Interest Due Taxpayer | $4.39 |
|  | 05/28/2007 | Estimated Penalty | $1,639.00 |
|  | 05/28/2007 | Failure To Pay Penalty | $346.06 |
|  | 05/28/2007 | Interest | $327.66 |
|  |  | **Balance Due as of 5/26/2015** | **$59,504.00** |
| 2007 | 05/26/2008 | Tax Assessed | $45,301.00 |
|  | 05/26/2008 | Estimated Penalty | $1,927.00 |
|  | 05/26/2008 | Failure To Pay Penalty | $453.01 |
|  | 05/26/2008 | Interest | $305.48 |
|  | 09/01/2008 | Fees And Collection | $16.00 |
|  |  | **Balance Due as of 5/26/2015** | **$72,684.54** |
| 2008 | 06/22/2009 | Tax Assessed | $30,633.00 |
|  | 06/22/2009 | Estimated Penalty | $985.00 |
|  | 06/22/2009 | Failure To Pay Penalty | $459.49 |
|  | 06/22/2009 | Interest | $229.12 |
|  | 01/16/2009 | Fees And Collection | $19.00 |
|  |  | **Balance Due as of 5/26/2015** | **$46,603.87** |

| Tax Period | Assessment Date | Assessment Type | Amount |
|---|---|---|---:|
| 2009 | 05/31/2010 | Tax Assessed | $44,226.00 |
| | 05/31/2010 | Estimated Penalty | $896.00 |
| | 05/31/2010 | Failure to Pay Penalty | $442.26 |
| | 05/31/2010 | Interest | $223.50 |
| | 08/13/2012 | Fees And Collection | 13.00 |
| | | **Balance Due as of 5/26/2015** | **$64,385.44** |
| 2010 | 05/30/2011 | Tax Assessed | $38,142.00 |
| | 05/30/2011 | Estimated Penalty | $818.00 |
| | 05/30/2011 | Failure To Pay Penalty | $381.42 |
| | 05/30/2011 | Interest | 188.55 |
| | | **Balance Due as of 5/26/2015** | **$53,859.51** |
| 2011 | 05/28/2012 | Tax Assessed | $29,565.00 |
| | 05/28/2012 | Estimated Penalty | $585.00 |
| | 05/28/2012 | Failure To Pay Penalty | $295.65 |
| | 05/28/2012 | Interest | $104.38 |
| | | **Balance Due as of 5/26/2015** | **$40,515.39** |

4. On or about the dates of the tax assessments described in paragraph 3 above, a delegate of the Secretary of the Treasury of the United States of America gave notice of those tax assessments to, and made a demand for payment of the balance due upon, Jack V. Giacalone.

5. Despite such notice and demand, Jack V. Giacalone has failed, neglected, or refused to pay the federal income tax liabilities set forth above in full, and, after the application of all abatements, payments, and credits, Jack V. Giacalone remains liable to the United States for the unpaid balance of his 2004-2011 federal income tax liabilities, in the total amount of $450,091.03, plus interest and other statutory additions from May 26, 2015

WHEREFORE, the plaintiff United States of America demands judgment against Jack V. Giacalone, in the amount of $450,091.03, plus such additional amounts as may have accrued from the date of assessment or may continue to accrue as provided by law, its costs in the action, and such other and further relief as the court determines is just and proper.

Respectfully Submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Steven M. Dean*
Steven M. Dean
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6499 / Fax: (202) 514-5238
Email: Steven.M.Dean@usdoj.gov