IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,    )
                                           )   Case No. 15-11946
      Plaintiff,                   )
                                           )
      v.                           )
                                           )
JACK V. GIACALONE,             )
                                           )
      Defendant.              )
                                           )

## **PLAINTIFF UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America submits the following in response to the Court's October 28, 2015 order to show cause why the case should not be dismissed for failure to prosecute:

1. The United States filed its complaint on May 29, 2015. (Docket No. 1.)

2. The defendant was sent a copy of the complaint along with a waiver of the service of summons on August 26, 2015, and executed the waiver on the same date. (Docket No. 4.)

3. The parties have been in contact via telephone and electronic mail and are in discussions to resolve the case. The parties hope an agreement can be reached without the need for the defendant to answer or otherwise respond to the complaint.

1

4. If no agreement is reached within 30 days, and the defendant otherwise fails to respond to the complaint, the United States will file a notice of default on or before December 17, 2015.

5. Counsel for the defendant has indicated a willingness to have a telephonic conference with the Court if necessary.

                Respectfully Submitted,

                CAROLINE D. CIRAOLO
                Acting Assistant Attorney General
                Tax Division, U.S. Department of Justice

                */s/ Steven M. Dean*
                Steven M. Dean
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 55, Ben Franklin Station
                Washington, D.C. 20044
                (202) 307-6499 / Fax: (202) 514-5238
                Email: Steven.M.Dean@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 10, 2015, I electronically filed the *PLAINTIFF UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE* with the Clerk of the Court using the ECF system and mailed a copy of the same to:

Mary A. Mahoney, Esq.
Schwartz Law Firm, P.C.
37887 W. Twelve Mile Rd., Suite A
Farmington Hills, MI 48331

                                                */s/ Steven M. Dean*
                                                STEVEN M. DEAN
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice