UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No.  15-CV-11946
vs.                             HON.  GEORGE CARAM STEEH

JACK V. GIACALONE,

        Defendant.
_____/

## ORDER DENYING THE GOVERNMENT'S MOTIONS
## TO COMPEL (Doc. 10 and 11) WITHOUT PREJUDICE

Now before the court is the government's motion to compel

Defendant Jack Giacalone to answer post-judgment interrogatories and

requests for production of documents, and for sanctions for the costs

incurred in bringing the motion.  (Doc. 10).  The parties asked the court to

delay ruling on the motion as they were working to settle the matter

themselves.  However, Defendant failed to produce all of the requested

materials as promised and the government filed a renewed motion to

compel and for sanctions (Doc. 11).  That motion is now also before the

court and has been fully briefed.  Since the government filed its initial

motion, Defendant has answered the interrogatories.  Also, in response to

the government's renewed motion, Defendant has requested additional

time to respond to the document requests as defense counsel has been in trial in another matter and has been involved in extensive trial preparation. Defendant requests an additional 14-days to produce any responsive documents. The court GRANTS Defendant's request for an additional 14-days to produce the requested documents, and DENIES WITHOUT PREJUDICE the government's motions to compel (Doc. 10 and 11) as moot. Accordingly,

IT IS ORDERED that Defendant respond to the government's document requests within 14-days of the entry of this order. Should Defendant fail to timely respond to the government's document requests in full, the court shall sanction Defendant, and shall award attorney's fees to the United States and against the Defendant.

Dated: June 18, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 18, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk